THE STATE OF IOWA, Appellee, v. MARGARET STROUP, Appellant.

**Appeal:** RECORD.

*Appeal from Polk District Court.*—HON. CHARLES H. BISHOP, Judge.

FRIDAY, OCTOBER 17, 1890.

THE defendant was indicted, tried, convicted and sentenced for the crime of keeping a house of ill-fame, and she appeals.

No appearance for either party.

ROTHROCK, C. J.—The appeal is presented to this court upon an indictment and a record entry of a trial by jury, verdict of guilty and judgment upon the verdict. The record does not set forth the evidence nor the instructions of the court to the jury. An examination of the record as presented discloses no error, and the judgment of the district court will be AFFIRMED.